AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Officer: Monica Alaez Telephone: (313) 771-6601

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Franklin TORRES PORTILLO, aka Franklin GEOVONI-TORRES

Case No. Case: 2:26–mj–30602
Assigned To : Unassigned
Assign. Date : 9/25/2026
Description: CMP USA V. TORRES PORTILLO (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 4, 2025 in the county of Washtenaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Monica Alaez, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 25, 2026

City and state: Detroit, MI

Honorable Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Monica Alaez, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since March 2009. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed the immigration records and system automated data relating to Franklin TORRES PORTILLO, aka Franklin GEOVONI-TORRES, which reveal the following:

2. Franklin TORRES PORTILLO is a thirty-eight-year-old citizen and native of Honduras who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security. This affidavit is submitted for the limited purpose of establishing probable cause of a violation of 8 U.S.C. 1326(a), Unlawful Reentry Following Removal from the United States.

3. On or about May 26, 2006, United States Border Patrol at or near Pharr, Texas, apprehended TORRES PORTILLO. On May 26, 2026, United States Border Patrol in McAllen, Texas, served him with a Notice to Appear.

4. On or about November 7, 2006, after TORRES PORTILLO failed to appear, the Immigration Judge in New Orleans, Louisiana, ordered TORRES PORTILLO removed to Honduras *in absentia*.

5. On or about January 30, 2010, the Plaquemines Sheriff's Office in Louisiana, arrested TORRES PORTILLO for Recreational Fishing License violation.

6. On or about August 1, 2013, ICE ERO New Orleans apprehended TORRES PORTILLO, and on August 16, 2013, ICE ERO removed TORRES PORTILLO to Honduras from the United States via ICE Air Ops from

Alexandria, Louisiana.

7. On or about February 7, 2017, Snohomish County Sheriff's Office in Everett, Washington, arrested TORRES PORTILLO for assault.

8. On or about March 9, 2017, Snohomish County Sheriff's Office in Everett, Washington, arrested TORRES PORTILLO for manufacture/ delivery methamphetamine.

9. On or about March 28, 2017, Snohomish County District Court in Washington, convicted TORRES PORTILLO of controlled substance – possession-no prescription and sentenced him to 364 days in jail suspended 359 days and two months' probation.

10. On or about June 8, 2017, Immigration Customs Enforcement, Seattle, Washington, apprehended TORRES PORTILLO and served him with an I-871- Notice of Intent/Decision to Reinstate Prior Order of Removal.

11. On or about June 28, 2017, ICE ERO removed TORRES PORTILLO to Honduras from the United States via ICE Air Ops from Mesa, AZ.

12. On or about November 13, 2023, Washtenaw County Sheriff's Department in Michigan, apprehended TORRES PORTILLO for Operating Under the Influence of Alcohol.

13. On or about May 4, 2025, Washtenaw County Sheriff's Department in Michigan, apprehended TORRES PORTILLO for Malicious Destruction of Building -Less Than $200. ICE ERO placed a detainer on TORRES PORTILLO at the Washtenaw County Jail.

14. On or about August 12, 2025, TORRES PORTILLO was convicted in the 14B District Court in Ypsilanti, Michigan, of operating impaired and was sentenced to 8 days in jail and 13 months' probation.

15. On or about March 18, 2026, ICE ERO placed a detainer on TORRES PORTILLO at the Washtenaw County Jail after he was arrested on a

warrant for a probation violation. On March 25, 2026, TORRES PORTILLO was convicted in the 14B District Court on a probation violation. He was sentenced to time served (7 days).

16. On or about March 18, 2026, ICE officers searched TORRES PORTILLO'S fingerprints in government electronic systems and immigration data bases, resulting in a positive match for Franklin TORRES PORTILLO, DOB XX/XX/1998, AXXX XXX 196, a previously removed alien.

17. Further, ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that TORRES PORTILLO, AXXX XXX 196, subsequent to his removal on June 28, 2017, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

18. Based on the above information, I believe there is probable cause to conclude that Franklin TORRES PORTILLO, is an alien who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Monica Alaez, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

September 25, 2026